IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 19 2019

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

| | |
|---|---|
| KIMBERLY KEATHLEY JACKSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:19-CV-289-A |
| § | |
| ANDREW SAUL, COMMISSIONER, § | |
| SOCIAL SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## ORDER

Came on for consideration the above-captioned action wherein Kimberly Keathley Jackson is plaintiff and the Commissioner of Social Security, currently Andrew Saul, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits. On November 20, 2019, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until December 4, 2019, in which to file and serve any written objections thereto. On December 4, 2019, plaintiff filed her objections. On December 18, 2019, the Commissioner filed his response to the objections. After a thorough study of the record, the magistrate judge's

proposed findings and conclusions, and applicable legal authorities, the court has concluded that plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted. That the magistrate judge quoted portions of the opinion of the administrative law judge ("ALJ") does not mean that he simply applied a rubber stamp of approval, as plaintiff alleges. Rather, the portions of the opinion quoted show that the ALJ carefully weighed the evidence, as is his province. The ALJ did not summarily reject the opinion of a treating or examining physician without explanation. He gave careful consideration to the entire record, as did the magistrate judge in making his review. The court's job is merely to determine if there is substantial evidence in the record as a whole to support the ALJ's decision. Chambliss v. Massanari, 269 F.3d 520, 523 (5th Cir. 2001). That is clearly the case here.

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for a period of disability and disability insurance benefits filed on March 14, 2016, plaintiff was not disabled under sections 216(i) and 223(d) of the Social Security Act through March 31, 2016, the last date insured, be, and is

hereby, affirmed.

SIGNED December 19, 2019.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　JOHN McBRYDE
　　　　　　　　　　　　　　United States District Judge